# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4548
_____

LETTIE ESTELLA BUCK; et al.,

Appellants,

v.

EMERALD COAST UTILITIES
AUTHORITY and PALAFOX
PARTNERS, LTD.,

Appellees.

_____


On appeal from the Circuit Court for Escambia County.
James B. Fensom, Judge.

May 30, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George R. Mead, II of Moore, Hill & Westmoreland, P.A., Pensacola, for Appellants.

Bradley S. Odom and Richard D. Barlow of Odom and Barlow, P.A., Pensacola, for Appellees.